# *Memorandum* 

| Subject: | Date: |
|---|---|
| <u>UNITED STATES v. SU BIN</u> | August 13, 2014 |

| To: | From: |
|---|---|
| TERRI NAFISI<br>Clerk, United States District Court<br>Central District of California | ANTHONY J. LEWIS<br>AARON LEWIS<br>Assistant United States Attorneys<br>Criminal Division |

CR 14 00131

2014 AUG 14 PH 1:44  CLERK U.S. DISTRICT COURT CENTRAL DIST OF CALIF.  FILED  BY: ___

For purposes of determining whether the above-referenced matter, being filed on August 14, 2014:

(a)   should be assigned to the Honorable André Birotte Jr., it

☒ is

☐ is not

a matter that was pending in the United States Attorney's Office on or before August 8, 2014, the date the Honorable André Birotte Jr. resigned from his position as the United States Attorney for the Central District of California.

(b)   should be assigned to the Honorable Michael W. Fitzgerald, it

☒ is

☐ is not

(1) a matter pending in the National Security Section or one in which the National Security Section has previously been involved; or (2) a matter in which current Assistant United States Attorney Patrick Fitzgerald is or has been personally involved or on which he has personally consulted while employed in the USAO.

_____
ANTHONY J. LEWIS
AARON LEWIS
Assistant United States Attorneys
Criminal Division